IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>   Defendant. | Civil Action No. 1:12-cv-03222-AT |

## NOTICE OF SERVICE

COME NOW, Defendant United Parcel Service, Inc. ("UPS") in the above-styled action, by and through its attorneys of record, pursuant to this Court's October 31, 2014 Order and Modified Procedure for Requesting the Sealing of Confidential Information (Dkt. No. 99), hereby notifies the Court that on November 13, 2014, it served by email upon Plaintiff Mobile Telecommunications Technologies, LLC the following documents UPS believes should be filed under seal: a copy of Defendant's Exhibits 43 and 45 and the transcript of the October 7, 2014 Deposition of Harold V. Bims, Ph.D., with the portions UPS believes should be filed under seal highlighted.

Submitted this 13th day of November, 2014.

                By:  */s/ Robert L. Lee*
                      Robert L. Lee (Ga. Bar No. 443978)
                      bob.lee@alston.com
                      ***Lead Attorney***
                      Siraj M. Abhyankar (Ga. Bar No. 484680)
                      shri.abhyankar@alston.com
                      ALSTON & BIRD LLP
                      One Atlantic Center
                      1201 West Peachtree Street
                      Atlanta, GA  30309-3424
                      Telephone:  404-881-7000
                      Fax:  404-881-7777

                      Counsel for
                      Defendant and Counterclaim Plaintiff
                      UNITED PARCEL SERVICE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2014, I electronically filed the foregoing **NOTICE OF SERVICE** with the clerk of the United States District Court for the Northern District of Georgia, using the electronic case filing system, which will automatically send e-mail notification of such filing to the attorneys of record.

                                                             /s/ *Robert L. Lee*
                                                              Robert L. Lee