UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br>     v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 1:12-cv-3222-AT<br><br><br>JURY TRIAL REQUESTED |

**PLAINTIFF MOBILE TELECOMMUNICATIONS
TECHNOLOGIES, LLC'S NOTICE OF SERVICE**

Pursuant to this Court's Order and Modified Procedure for Requesting the Sealing of Confidential Information, issued on October 31, 2014 (Dkt. No. 99), Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") hereby notifies the Court that, on November 17, 2014, via electronic mail and FTP link, it served Defendant United Parcel Service, Inc. ("UPS") with the following documents that MTel presently intends to rely upon in its Response to UPS' Motion for Summary Judgment, and which MTel believes contains the confidential information of one or both parties and should, therefore, be filed under seal:

1. the transcript of Isaac Azar's deposition, taken on March 19, 2014, and Exhibits 1-7;

2. the transcript of Stuart Marcus' deposition, taken on March 20, 2014, and Exhibits 13-28;

3. the transcript of Jeffrey Horne's deposition, taken on March 21, 2014, and Exhibits 29-46;

4. the transcripts of Elizabeth Anakhasyan's depositions, taken on May 21, 2014 and June 25, 2014, and Exhibits 47-52 and 66-70;

5. the transcript of Michael Morenberg's deposition, taken on May 21, 2014, and Exhibits 51-55;

6. the Opening Expert Report of Dr. Harry Bims, served on July 3, 2014;

7. the transcript of Michael Carper's deposition, taken on March 27, 2014, and Exhibits 17-19;

8. the transcript of Andrew Fitton's deposition, taken on May 5, 2014, and Exhibits 30-31;

9. the transcript of Patrick Burns' deposition, taken on October 23, 2013, and Exhibits 8-11;

10. the transcript of William Hays' deposition, taken on March 28, 2013, and Exhibits 25-26 and 28.

Dated: November 17, 2014

Respectfully Submitted,

*/s/ Ian E. Cohen*
Daniel R. Scardino
(Admitted *pro hac vice*)
Ian E. Cohen
(Admitted *pro hac vice*)
Joshua G. Jones
(Admitted *pro hac vice*)
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel.: (512) 474-2449
Fax: (512) 474-2622
dscardino@reedscardino.com
icohen@reedscardino.com
jjones@reedscardino.com

Steven G. Hill
Georgia Bar No. 354658
Martha L. Decker
Georgia Bar No. 420867
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Tel.: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
md@hkw-law.com

**ATTORNEYS FOR PLAINTIFF MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC**

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14 point, Times New Roman font in accordance with Local Rule 5.1

*/s/ Ian E. Cohen*
Ian E. Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I electronically filed the foregoing document using the electronic case filing system for the U.S. District Court, Northern District of Georgia. The CM/ECF system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ian E. Cohen*
Ian E. Cohen
