# Exhibit B

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

December 21, 2012
Client: 018360
Matter: 425220
Invoice #: 10570180
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                        $86.45

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 21, 2012
Client: 018360
Matter: 425220
Invoice #: 10570180
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**

ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|

**REDACTED**

OTHER CHARGES:

Document Production Charges                                      0.20

December 21, 2012
Client: 018360
Matter: 425220

**ALSTON&BIRD**LLP

Page 4 of 5
Invoice #: 10570180

| | | |
|---|---|---|
| 11/28/2012 / | AP - Library Charges - - RTIS - REEDFAX - Inv# 000285162 dated 11/5/12; US File History; Patent 5786748 Bank ID: 11 Check Number: 233623 | 86.25 |

Subtotal Other Charges                                                    $86.45

**Total This Invoice**                                          **REDACTED**

**ALSTON&BIRD** LLP

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 21, 2012
Client: 018360
Matter: 425220
Invoice #: 10570180
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                    $86.45

**Invoice Total**                      **REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227    **WIRE ROUTING#:121000248**
Account #: 2000016952111    **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 22, 2013
Client: 018360
Matter: 425220
Invoice #: 10580305
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                                           $2,210.40

## REDACTED

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS                                                   February 22, 2013
Legal Dept. Bldg 3., 4th Floor                        Client: 018360
55 Glenlake Parkway, NE                               Matter: 425220
Atlanta, GA  30328                                    Invoice #: 10580305
                                                      STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

For services rendered on the above-referenced matter:

DATE           TIMEKEEPER           HOURS  DESCRIPTION
                          **REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION

**REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|

**REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

# ALSTON&BIRD LLP

**REDACTED**

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Document Production Charges | 0.40 |
| 01/09/2013 / | AP - Search Fees - Cardinal Intellectual Property - Inv# 0019945 dated 12/27/12; Invalidity Search Bank ID: 11 Check Number: 236187 | 2,210.00 |

Subtotal Other Charges                                              $2,210.40

**REDACTED**

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 22, 2013
Client: 018360
Matter: 425220
Invoice #: 10580305
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

REDACTED

| | |
|---|---|
| Other Charges | $2,210.40 |
| **Invoice Total** | **REDACTED** |

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

March 22, 2013
Client: 018360
Matter: 425220
Invoice #: 10586206
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

| | |
|---|---|
| Other Charges | $133.84 |
| **Invoice Total** | **$25,943.67** |

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227     **WIRE ROUTING#:121000248**
Account #: 2000016952111     **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

March 22, 2013
Client: 018360
Matter: 425220
Invoice #: 10586206
STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| | | | **REDACTED** |

# ALSTON&BIRD LLP

DATE        TIMEKEEPER          HOURS  DESCRIPTION
                                **REDACTED**

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Postage Charges | 3.04 |
|  | Document Production Charges | 80.30 |
| 02/08/2013 / | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 9.61 |
| 02/08/2013 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 14.39 |
|  | Courtlink - Document Retrieval | 26.50 |

Subtotal Other Charges                                    $133.84

**Total This Invoice**                          **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

March 22, 2013
Client: 018360
Matter: 425220
Invoice #: 10586206
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:  Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                                   $133.84

**Invoice Total**                              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10593185
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                              $141.57

**REDACTED**

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

April 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10593185
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                          **REDACTED**

April 24, 2013
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 3 of 7
Invoice #: 10593185

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRDLLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION

**REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS  DESCRIPTION
**REDACTED**

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Postage Charges | 0.92 |
|  | Document Production Charges | 5.90 |
| 02/28/2013 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 14.39 |
| 02/28/2013 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 9.61 |
| 03/21/2013 | Practice Support - CD Creation Practice Support CD Creation REQ BY: KELLY CRYSTAL | 100.00 |
| 03/31/2013 / | Conference Calling Services - SoundPath; 2/13/2013; Matt McNeil | 7.07 |
| 03/31/2013 | Conference Calling Services - SoundPath; 2/20/2013; Lindsey Yeargin | 1.41 |
| 03/08/2013 | Conference Calling Services - SoundPath; 2/5/2013; Lindsey Yeargin | 2.27 |

April 24, 2013
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 6 of 7
Invoice #: 10593185

Subtotal Other Charges                                              $141.57

**Total This Invoice**                                      **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10593185
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
         LIP201223535

**REDACTED**

Other Charges                                             $141.57

**Invoice Total**                              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227   **WIRE ROUTING#:121000248**
Account #:  2000016952111   **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 23, 2013
Client: 018360
Matter: 425220
Invoice #: 10598894
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                              $221.04

**Invoice Total**                          **REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227     **WIRE ROUTING#:121000248**
Account #: 2000016952111    **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 23, 2013
Client: 018360
Matter: 425220
Invoice #: 10598894
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE            TIMEKEEPER              HOURS   DESCRIPTION
                            **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

OTHER CHARGES:

| | | |
|---|---|---:|
| | Postage Charges | 1.84 |
| | Document Production Charges | 2.30 |
| 03/29/2013 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 9.91 |
| 03/29/2013 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 14.84 |
| 04/11/2013 / | AP - Document Production Charges - - Ricoh USA Inc - Inv# ATL13030269 dated 03/27/13; CD - Master Burn, Image Conversion, Technical SVS. Bank ID: 11 Check Number: 241679 | 192.15 |

Subtotal Other Charges                                                     $221.04

**Total This Invoice**                                            **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 23, 2013
Client: 018360
Matter: 425220
Invoice #: 10598894
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                    $221.04

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10604887
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                          $5.80

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10604887
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                        **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS  DESCRIPTION

**REDACTED**

OTHER CHARGES:

        Document Production Charges                                   5.80

Subtotal Other Charges                                                         $5.80

**Total This Invoice**                                                  **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10604887
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

## REDACTED

Other Charges                                    $5.80

**Invoice Total**                     **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10611152
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                    $127.22

**Invoice Total**                    **REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227    **WIRE ROUTING#:121000248**
Account #: 2000016952111    **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10611152
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER            HOURS  DESCRIPTION
                         **REDACTED**

July 24, 2013
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 3 of 6
Invoice #: 10611152

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| | Document Production Charges | 113.80 |
| 06/19/2013 / | Georgia Messenger Service JOB# 189 REQ BY-CRYSTAL KE TO-U.S.D.C. | 12.42 |

# ALSTON&BIRD LLP

| | | |
|---|---|---|
| 06/18/2013 | Velobinding Charges | 1.00 |

Subtotal Other Charges    $127.22

**Total This Invoice**    **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10611152
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

**REDACTED**

Other Charges                                           $127.22
                                                     **REDACTED**

**Invoice Total**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227   **WIRE ROUTING#:121000248**
Account #: 2000016952111   **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
VENTURA COUNTY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 27, 2013
Client: 018360
Matter: 425220
Invoice #: 10617112
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                                   $551.79

## REDACTED

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     WIRE ROUTING#:121000248
Account #:  2000016952111      Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.



**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**VENTURA COUNTY**
**WASHINGTON**
**BRUSSELS**

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 27, 2013
Client: 018360
Matter: 425220
Invoice #: 10617112
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**



*ALSTON&BIRD* LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                              **REDACTED**



DATE       TIMEKEEPER          HOURS   DESCRIPTION
                                       **REDACTED**



DATE          TIMEKEEPER              HOURS  DESCRIPTION
                                             **REDACTED**



DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**



**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| | Binding Charges | 19.50 |
| | Document Production Charges | 211.00 |
| 07/24/2013 | Georgia Messenger Service JOB# 105 REQ BY-CRYSTAL KE TO-U.S.D.C. | 12.42 |
| 07/26/2013 / | CRYSTAL KELLY - Internet at Westin Hotel - 07/21/2013 - Internet Access Fee Bank ID: 10 Check Number: 8165135 | 12.95 |
| 07/16/2013 | AP - Court Reporting - - Elise Smith Evans RMR - Inv# 20130081 dated 07/03/13; Markman hearing. Bank ID: 11 Check Number: 247338 | 293.25 |
| 07/03/2013 | Document Binding Materials TABS REQ BY: KELLY CRYSTAL | 2.67 |

Subtotal Other Charges                                                          $551.79

**Total This Invoice**                                    **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**VENTURA COUNTY**
**WASHINGTON**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 27, 2013
Client: 018360
Matter: 425220
Invoice #: 10617112
STEVEN ENSOR

### STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                           $551.79

**REDACTED**

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111          **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 20, 2013
Client: 018360
Matter: 425220
Invoice #: 10622157
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                   $1,400.24

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

September 20, 2013
Client: 018360
Matter: 425220
Invoice #: 10622157
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| | Document Production Charges | 10.50 |
| 08/14/2013 | AP - Service Fees - - RGP Attorney Services - Inv# 31041 dated 8/8/13 Bank ID: 11 Check Number: 249150 | 180.00 |
| 08/21/2013 | AP - Professional Services - - RGP Attorney Services - Inv# 30937 dated 07/22/13; subpoena service & witness fee (John Nikolic & Patrick Burns). Bank ID: 11 Check Number: 249508 | 860.00 |
| 08/02/2013 | AP - Professional Services - - Ricoh USA Inc -Inv# ATL13020288 dated 2/25/13: Image Conversion MS Office etc per Unit (196.00), Pkg: Native/Meta/Text Tiff Full (GB) (0.06), Technical Services per Hour (2.00). Bank ID: 11 Check Number: 248439 | 341.76 |
| 08/30/2013 / | Conference Calling Services - SoundPath; 8/8/2013; Matt McNeil | 7.98 |

ALSTON&BIRD LLP

Subtotal Other Charges                                   $1,400.24

**REDACTED**

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 20, 2013
Client: 018360
Matter: 425220
Invoice #: 10622157
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                $1,400.24

**Invoice Total**                         **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227   **WIRE ROUTING#:121000248**
Account #:  2000016952111   **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10629111
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                    $1,594.26

**Invoice Total**                        **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10629111
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                        **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| | | | **REDACTED** |

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
**REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

October 24, 2013
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 7 of 9
Invoice #: 10629111

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**

# ALSTON&BIRD LLP

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 32.40 |
| 09/19/2013 | UPS Charges - TO:JILL SCHMIDT FR:Crystal Kelly | 16.18 |
| 09/10/2013 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 22.20 |
| 09/10/2013 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 11.42 |
| 09/26/2013 | SIRAJ ABHYANKAR - 09/18/13 -- UPS/MTel -- Travel to Jackson, MS for deposition - 09/18/2013 to 09/19/2013 - Breakfast,Dinner,Lunch Bank ID: 10 Check Number: 8169296 | 186.53 |
| 09/26/2013 / | SIRAJ ABHYANKAR - 09/18/13 -- UPS/MTel -- Travel to Jackson, MS for deposition - 09/05/2013 to 09/18/2013 - Airfare,Airfare: Other Charges,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8169296 | 1,228.09 |
| 09/16/2013 | Practice Support - Image Printing Practice Support Printing REQ BY: KELLY CRYSTAL | 97.44 |

Subtotal Other Charges                                                        $1,594.26

**Total This Invoice**                                                    **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

October 24, 2013
Client: 018360
Matter: 425220
Invoice #: 10629111
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                        $1,594.26

**Invoice Total**                          **REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227   **WIRE ROUTING#:121000248**
Account #: 2000016952111   **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

November 15, 2013
Client: 018360
Matter: 425220
Invoice #: 10634060
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                    $4,363.94

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

November 15, 2013
Client: 018360
Matter: 425220
Invoice #: 10634060
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

For services rendered on the above-referenced matter:

DATE        TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| | | | **REDACTED** |

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION

**REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | **REDACTED** |

# ALSTON&BIRD LLP

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Binding Charges | 62.91 |
|  | Document Production Charges | 149.40 |
|  | Document Production - Color Copies | 101.40 |
| 10/03/2013 | UPS Charges - TO:MICHAEL L. RASPINO, FR:Shri Abhyankar | 49.67 |
| 10/03/2013 | UPS Charges - TO:MARK S. LEWIS FR:Shri Abhyankar | 16.98 |
| 10/16/2013 | UPS Charges - TO: FR:Shri Abhyankar | 19.80 |
| 10/24/2013 | UPS Charges - TO:STEVEN G. HILL, MART FR:Crystal Kelly | 9.66 |
| 10/24/2013 | UPS Charges - TO:DANIEL SCARDINO, CHA FR:Crystal Kelly | 14.45 |
| 10/10/2013 | UPS Charges - TO: FR:Crystal Kelly | 19.80 |
| 10/08/2013 | UPS Charges - TO:MICHAEL J. LASINSKI FR:Crystal B. Kelly | 13.42 |
| 10/02/2013 | Georgia Messenger Service JOB# 102 REQ BY-HOWARD, JU TO-ALSTON | 95.55 |
| 10/24/2013 | Georgia Messenger Service JOB# 132 REQ BY-HOWARD, JU TO-ALSTON | 66.15 |
| 10/14/2013 | AP - Depositions - - Huseby Inc -Inv# 40640 dated 10/7/13: Deposition Transcript-John E Nikolic. Bank ID: 11 Check Number: 252450 | 837.85 |
| 10/30/2013 | MATT MCNEILL - Attend Deposition of Patrick Burns - 10/22 to 10/23/2013 - 10/23/2013 - Dinner,Lunch Bank ID: 10 Check Number: 8171683 | 55.35 |
| 10/30/2013 | MATT MCNEILL - Attend Deposition of Patrick Burns - 10/22 to 10/23/2013 - 10/18/2013 to 10/24/2013 - Airfare,Car Rental,Gas,Parking,Room Rate,Travel Agency Fee Bank ID: 10 Check Number: 8171683 | 1,592.03 |
| 10/14/2013 | AP - Service Fees - - RGP Attorney Services - Inv # 31286 dated 9/27/13; Service of Process/Witness Fee Bank ID: 11 Check Number: 252425 | 263.25 |
| 10/14/2013 | Practice Support - Image Printing Practice Support Printing REQ BY: KELLY CRYSTAL | 573.84 |
| 10/14/2013 | AP - Video Depositions - - Huseby Inc -Inv# 40515 dated 9/24/13: Video Services-John E. Nikolic. Bank ID: 11 Check Number: 252450 | 410.00 |
| 10/31/2013 / | Conference Calling Services - SoundPath; 10/11/2013; Lindsey Yeargin | 4.60 |
| 10/04/2013 | Conference Calling Services - SoundPath; 8/15/2013; Matt McNeil | 4.34 |
| 10/31/2013 | Conference Calling Services - SoundPath; 10/4/2013; Matt McNeil | 3.49 |

Subtotal Other Charges                                                    $4,363.94

**Total This Invoice**                                       **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 15, 2013
Client: 018360
Matter: 425220
Invoice #: 10634060
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:  Mobile Telecommunications Technologies Patent Suit
     LIP201223535

**REDACTED**

Other Charges                              $4,363.94

**Invoice Total**              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

December 6, 2013
Client: 018360
Matter: 425220
Invoice #: 10638789
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                    $1,343.98

**Invoice Total**                                **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS



**ALSTON&BIRD** LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 6, 2013
Client: 018360
Matter: 425220
Invoice #: 10638789
STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

For services rendered on the above-referenced matter:

**REDACTED**

ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|

**REDACTED**

**ALSTON&BIRD**LLP

DATE        TIMEKEEPER            HOURS   DESCRIPTION
**REDACTED**

# ALSTON&BIRD LLP

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| | Document Production Charges | 64.50 |
| 11/11/2013 | UPS Charges - TO:DANIEL SCARDINO, CHA FR:Crystal Kelly | 14.39 |
| 10/29/2013 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 9.66 |
| 10/29/2013 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 14.45 |
| 11/11/2013 | UPS Charges - TO:STEVEN G. HILL, MART FR:Crystal Kelly | 9.61 |
| 11/20/2013 / | UPS Charges - TO: FR:Crystal Kelly | 8.29 |
| 11/12/2013 | UPS Charges - TO:MATTHEW S. HARMAN FR:Crystal Kelly | 9.61 |
| 11/12/2013 | UPS Charges - TO:MATTHEW G. MCANDREWS FR:Crystal Kelly | 13.36 |
| 11/12/2013 | UPS Charges - TO:CHIEF FINANCIAL OFFI FR:Crystal Kelly | 13.36 |
| 11/12/2013 | UPS Charges - TO:PETER A. SIRIANNI, I FR:Crystal Kelly | 16.89 |
| 11/12/2013 | UPS Charges - TO:STEPHEN T. SCHREINER FR:Crystal Kelly | 13.36 |
| 11/12/2013 | UPS Charges - TO:CEO FR:Crystal Kelly | 26.50 |
| 11/12/2013 | UPS Charges - TO:DAN R. GRESHAM, ESQ. FR:Crystal Kelly | 11.42 |
| 11/12/2013 | UPS Charges - TO:LEN R. KENNEDY FR:Crystal Kelly | 13.36 |

# ALSTON&BIRD LLP

| | | |
|---|---|---|
| 11/07/2013 | UPS Charges - TO:NEIL OZARKAR FR:Shri Abhyankar | 31.87 |
| 11/05/2013 | AP - Document Production Charges - - Ricoh USA Inc -Inv# ATL13100308 dated 10/28/13: Pkg: Native/Meta/Text Tiff Full. Bank ID: 11 Check Number: 253887 | 543.20 |
| 11/11/2013 | AP - Video Depositions - - Huseby Inc - Inv# 43181 dated 10/28/13; Patrick E Burns video services. Bank ID: 11 Check Number: 254276 | 500.00 |
| | Accurint - Public Records | 30.15 |

**Subtotal Other Charges**                                                      $1,343.98

**Total This Invoice**                                                          **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

December 6, 2013
Client: 018360
Matter: 425220
Invoice #: 10638789
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                     $1,343.98

**Invoice Total**                                 **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 23, 2014
Client: 018360
Matter: 425220
Invoice #: 10646894
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                        $11,356.41

**REDACTED**

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 23, 2014
Client: 018360
Matter: 425220
Invoice #: 10646894
STEVEN ENSOR

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER            HOURS  DESCRIPTION
                          **REDACTED**

OTHER CHARGES:

Document Production Charges                                0.40

# ALSTON&BIRD LLP

| | | |
|---|---|---|
| 12/09/2013 | AP - Local Counsel Fees - - 284 Partners LLC - Inv# UPS-01 10-13 dated 11/08/13; local counsel fees Oct 2013. Bank ID: 11 Check Number: 255700 | 9,996.25 |
| 12/09/2013 | AP - Court Reporting - - Huseby Inc - Inv# 43072 dated 10/29/13; original transcript of Patrick E Burns. Bank ID: 11 Check Number: 255716 | 1,006.95 |
| 12/13/2013 / | AP - Professional Services - - Paging & Wireless Network Planners LLC - Inv# EW-13-03 dated 10/30/13; Consulting expert prior art research. Bank ID: 11 Check Number: 256074 | 350.00 |
| 12/11/2013 | Conference Calling Services - SoundPath; 10/28/2013; Lindsey Yeargin | 0.97 |
| 12/11/2013 | Conference Calling Services - SoundPath; 10/14/2013; Matt McNeil | 1.84 |

Subtotal Other Charges                                                                                $11,356.41

**REDACTED**

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

January 23, 2014
Client: 018360
Matter: 425220
Invoice #: 10646894
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                $11,356.41

**Invoice Total**                            **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 25, 2014
Client: 018360
Matter: 425220
Invoice #: 10652389
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                                      $0.60

**Invoice Total**                         **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

February 25, 2014
Client: 018360
Matter: 425220
Invoice #: 10652389
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

For services rendered on the above-referenced matter:

DATE        TIMEKEEPER          HOURS  DESCRIPTION
                                        **REDACTED**

## ALSTON&BIRD LLP

OTHER CHARGES:

Document Production Charges                                      0.60

Subtotal Other Charges                                              $0.60

**Total This Invoice**                                    **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

February 25, 2014
Client: 018360
Matter: 425220
Invoice #: 10652389
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                      $0.60

**Invoice Total**                         **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227   **WIRE ROUTING#:121000248**
Account #:  2000016952111   **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

March 21, 2014
Client: 018360
Matter: 425220
Invoice #: 10657652
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

| | |
|---|---|
| Services Rendered | $28,082.50 |
| Less Discount | ($4,212.37) |
| Services Billed | $23,870.13 |
| Other Charges | $199.11 |
| **Invoice Total** | **$24,069.24** |

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227    **WIRE ROUTING#:121000248**
Account #: 2000016952111    **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

March 21, 2014
Client: 018360
Matter: 425220
Invoice #: 10657652
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS   DESCRIPTION
                        **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**

## ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                              **REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | **REDACTED** |

OTHER CHARGES:

| | | |
|------|------|------|
| 02/21/2014 | UPS Charges - TO:STEVEN G. HILL, MART FR:Mason Maloof/Crysta | 10.43 |
| 02/21/2014 | UPS Charges - TO:DANIEL SCARDINO FR:Mason Maloof (Crystal K | 15.64 |
| 02/18/2014 | UPS Charges - TO: FR:LINDSEY YEARGIN | 12.35 |
| 02/17/2014 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 10.43 |
| 02/17/2014 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 15.64 |
| 02/14/2014 | UPS Charges - TO:CEO FR:Lindsey Yeargin | 17.62 |
| 02/14/2014 | UPS Charges - TO:PETER A. SIRIANNI II FR:Lindsey Yeargin | 14.64 |
| 02/14/2014 | UPS Charges - TO:STEPHEN T. SCHREINER FR:Lindsey Yeargin | 22.06 |
| 02/14/2014 | UPS Charges - TO:MATTHEW S. HARMAN FR:Lindsey Yeargin | 10.43 |
| 02/14/2014 | UPS Charges - TO:PETER A. SIRIANNI II FR:Lindsey Yeargin | 3.72 |
| 02/21/2014 / | Georgia Messenger Service JOB# 164 REQ BY-HOWARD, JU TO-UPS | 66.15 |

ALSTON&BIRD LLP

Subtotal Other Charges                                    $199.11

                                                    **REDACTED**

**Total This Invoice**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

March 21, 2014
Client: 018360
Matter: 425220
Invoice #: 10657652
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

**REDACTED**

Other Charges                                    $199.11

**Invoice Total**                         **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227   **WIRE ROUTING#:121000248**
Account #:  2000016952111   **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10664384
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                      $4,904.61

**Invoice Total**                              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

April 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10664384
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

For services rendered on the above-referenced matter:

DATE        TIMEKEEPER              HOURS  DESCRIPTION
                            **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| | | | **REDACTED** |

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                          **REDACTED**

April 24, 2014
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 8 of 11
Invoice #: 10664384

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                                     **REDACTED**

# ALSTON&BIRD LLP

## REDACTED

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 726.70 |
| | Document Production - Color Copies | 57.20 |
| 03/27/2014 / | UPS Charges - TO: FR:CRYSTAL KELLY | 12.35 |
| 03/07/2014 | UPS Charges - TO:DANIEL SCARDINO FR:Crystal Kelly | 15.57 |
| 03/07/2014 | UPS Charges - TO:STEVEN HILL FR:Crystal Kelly | 10.39 |
| 03/25/2014 | UPS Charges - TO:ATTN:  SIRAJ M. ABHY FR:Crystal Kelly | 92.43 |
| 03/25/2014 | UPS Charges - TO:ATTN:  SIRAJ M. ABHY FR:Crystal Kelly | 71.50 |
| 03/26/2014 | UPS Charges - TO:JESSE MATHERNE FR:Crystal Kelly | 69.05 |
| 02/25/2014 | UPS Charges - TO: FR:Lindsey Yeargin | 8.83 |
| 03/21/2014 | Georgia Messenger Service JOB# 350 REQ BY-KIRK HARRI TO-ALSTON & BIRD | 15.59 |
| 03/07/2014 | AP - Expert Witness Fees - - National Expert Witness Network Inc -Inv# 4597 dateed 10/31/13: Legal Consultant: Mr. Bob Stillerman fees. Bank ID: 11 Check Number: 260380 | 3,825.00 |

April 24, 2014
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 10 of 11
Invoice #: 10664384

---

Subtotal Other Charges                                        $4,904.61

**Total This Invoice**                                    **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10664384
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                    $4,904.61

**Invoice Total**                        **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10670501
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                   $29,226.67

                                                **REDACTED**

**Invoice Total**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227     **WIRE ROUTING#:121000248**
Account #: 2000016952111     **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

May 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10670501
STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

For services rendered on the above-referenced matter:

DATE          TIMEKEEPER              HOURS  DESCRIPTION
                              **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                        **REDACTED**

ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

May 24, 2014
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 5 of 10
Invoice #: 10670501

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

# ALSTON&BIRD LLP

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

May 24, 2014
Client: 018360
Matter: 425220

ALSTON&BIRD LLP

Page 7 of 10
Invoice #: 10670501

DATE          TIMEKEEPER          HOURS   DESCRIPTION
                                  **REDACTED**

May 24, 2014
Client: 018360
Matter: 425220

**ALSTON&BIRD**LLP

Page 8 of 10
Invoice #: 10670501

---

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 9.50 |
| 03/31/2014 | UPS Charges - To: Crystal Kelly; From: Austin, TX | 45.97 |
| 03/31/2014 | UPS Charges - Shipping Charge Correction; To: Crystal Kelly; From: Austin, TX | 40.54 |
| 03/31/2014 | UPS Charges - To: Crystal Kelly; From: Austin, TX | 54.54 |
| 04/08/2014 | ROBERT LEE - Austin, TX 3/26-3/28/2014 Depositions - 03/26/2014 to 03/28/2014 - Breakfast,Dinner,Meals: Other Bank ID: 10 Check Number: 8182209 | 301.49 |
| 04/08/2014 | SIRAJ ABHYANKAR - 3/26-28/2014 -- UPS/Mtel -- Travel to Austin - 03/26/2014 to 03/28/2014 - Entertainment,Lunch Bank ID: 10 Check Number: 8181962 | 129.06 |
| 04/08/2014 | SIRAJ ABHYANKAR - 3/26-28/2014 -- UPS/Mtel -- Travel to Austin - 03/07/2014 to 03/28/2014 - Airfare,Airfare: Other Charges,Hotel: Other Charges,Internet Access Fee,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8181962 | 1,308.35 |
| 04/08/2014 | ROBERT LEE - Austin, TX 3/26-3/28/2014 Depositions - 03/07/2014 to 03/28/2014 - Airfare,Parking,Room Rate,Room Tax,Taxi,Tips,Travel Agency Fee Bank ID: 10 Check Number: 8182209 | 1,339.30 |
| 04/08/2014 | AP - Court Reporting - - Huseby Inc - Inv# 53119 dated 03/26/14; transcript copy of Isaac Azar on 03/19/14. Bank ID: 11 Check Number: 262365 | 772.15 |
| 04/08/2014 | AP - Court Reporting - - Huseby Inc - Inv# 53916 dated 04/03/14; original transcript of William Hays on 03/28/14. Bank ID: 11 Check Number: 262365 | 1,772.80 |
| 04/08/2014 | AP - Court Reporting - - Huseby Inc - Inv# 53734 dated 04/03/14; original transcript of Michael Carper on 03/27/14. Bank ID: 11 Check Number: 262365 | 2,937.36 |
| 04/08/2014 | AP - Court Reporting - - Huseby Inc - Inv# 53122 dated 03/27/14; transcript copy of Jeffrey Horne on 03/21/14. Bank ID: 11 Check Number: 262365 | 2,048.64 |
| 04/08/2014 | AP - Court Reporting - - Huseby Inc - Inv# 53120 dated 03/27/14; transcript copy of Stuart Marcus on 03/20/14. Bank ID: 11 Check Number: 262365 | 2,246.63 |
| 04/21/2014 | AP - Professional Services - - 284 Partners LLC -Inv# UPS-01 03-14 dated 4/10/14. Bank ID: 11 Check Number: 262931 | 10,272.50 |

## ALSTON&BIRD LLP

| Date | Description | Amount |
|---|---|---|
| 04/16/2014 | AP - Professional Services - - National Expert Witness Network Inc - Inv # 4696 dated 3/31/14; Mr. Bob Stillerman Expert Witness Fees Bank ID: 11 Check Number: 262794 | 3,937.50 |
| 04/29/2014 / | AP - Catering Services - - Alon's Inc -Event E15646 dated 3/21/14; Lunch for 6 for Matt McNeill on 3/21/14. Bank ID: 11 Check Number: 263507 | 103.61 |
| 04/07/2014 | AP - Catering Services - - Ingrained Inc - Inv# 33743496 dated 03/20/14; Matthew McNeil. Bank ID: 11 Check Number: 262256 | 95.61 |
| 04/04/2014 | AP - Catering Services - - Carolyn's Gourmet Cafe -Inv# 4772 dated 3/19/14; Catering request for S. Abhyankar. Bank ID: 11 Check Number: 262130 | 81.22 |
| 04/08/2014 | AP - Video Depositions - - Huseby Inc - Inv# 53441 dated 04/02/14; video services of Michael Carper on 03/27/14. Bank ID: 11 Check Number: 262365 | 963.00 |
| 04/08/2014 | AP - Video Depositions - - Huseby Inc - Inv# 53588 dated 04/01/14; video services of Bill Hays on 03/28/14. Bank ID: 11 Check Number: 262365 | 631.00 |
| 04/04/2014 | Conference Calling Services - SoundPath; 02/18/2014; Matt McNeil | 8.00 |
| 04/04/2014 | Conference Calling Services - SoundPath; 02/14/2014; Matt McNeil | 3.01 |
| 04/04/2014 | Conference Calling Services - SoundPath; 02/24/2014; Matt McNeil | 3.63 |
| 04/04/2014 | Conference Calling Services - SoundPath; 02/24/2014; Matt McNeil | 3.76 |
| 04/04/2014 | Conference Calling Services - SoundPath; 03/07/2014; Matt McNeil | 3.70 |
| | Accurint - Public Records | 106.80 |
| 04/15/2014 | 4GB Flash Drive (Blue) | 7.00 |

**Subtotal Other Charges**                                          $29,226.67

**Total This Invoice**                                          **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 24, 2014
Client: 018360
Matter: 425220
Invoice #: 10670501
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                    $29,226.67

**Invoice Total**                                **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 30, 2014
Client: 018360
Matter: 425220
Invoice #: 10677762
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                              $5,997.60

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

June 30, 2014
Client: 018360
Matter: 425220
Invoice #: 10677762
STEVEN ENSOR

---

Re:  Mobile Telecommunications Technologies Patent Suit
     LIP201223535

---

For services rendered on the above-referenced matter:

**REDACTED**

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Document Production Charges | 225.70 |
| 05/28/2014 / | MATT MCNEILL - 5/21/2014 Breakfast before deposition - E. Anakhasyan & M. Morenberg - 05/21/2014 - Breakfast Bank ID: 10 Check Number: 8185213 | 11.44 |
| 05/09/2014 | AP - Expert Witness Fees - - National Expert Witness Network Inc - Inv# 4715 dated 04/30/14; expert witness Mr. Bob Stillerman fees on behalf of United Parcel, Inc. Bank ID: 11 Check Number: 264138 | 4,912.50 |
| 05/27/2014 | AP - Video Depositions - - Huseby Inc -Inv# 61655 dated 5/8/14;  Video Services -Andrew Fitton. Bank ID: 11 Check Number: 264949 | 810.00 |
| 05/06/2014 | Westlaw Research - WestLaw ABHYA ABHYANKAR SHRI | 0.00 |
| 05/07/2014 | Conference Calling Services - SoundPath; 4/4/2014; Lindsey Yeargin | 7.46 |
| 05/02/2014 | Document Binding Materials REDWELDS REQ BY: KELLY CRYSTAL | 30.50 |

Subtotal Other Charges                                                                    $5,997.60

---

**Total This Invoice**                                             **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 30, 2014
Client: 018360
Matter: 425220
Invoice #: 10677762
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

REDACTED

Other Charges                                 $5,997.60

**Invoice Total**                             REDACTED

REDACTED

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS                                                    July 31, 2014
Legal Dept. Bldg 3., 4th Floor                         Client: 018360
55 Glenlake Parkway, NE                                Matter: 425220
Atlanta, GA  30328                                     Invoice #: 10683501
                                                       STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                          $3,197.78

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



*ALSTON&BIRD*LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

July 31, 2014
Client: 018360
Matter: 425220
Invoice #: 10683501
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

## REDACTED

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Document Production Charges | 1.60 |
| 06/16/2014 | AP - Local Counsel Fees - - 284 Partners LLC -Inv# UPS-01 05-14 dated 6/4/14; Local counsel fees May 2014. Bank ID: 11 Check Number: 265794 | 545.00 |
| 06/20/2014 / / | AP - Court Reporting - - Huseby Inc - Inv# 65667dated 6/3/14; Copy of transcript of Matt Young Bank ID: 11 Check Number: 266251 | 621.10 |
| 06/20/2014 | AP - Court Reporting - - Huseby Inc - Inv# 65666 dated 6/6/14; Copy of transcript of Michael Morenberg and Elizabeth Anakhasyan Bank ID: 11 Check Number: 266251 | 682.10 |
| 06/09/2014 | AP - Court Reporting - - Huseby Inc - Inv# 61905 dated 05/14/14; Andrew Fitton original deposition transcript. Bank ID: 11 Check Number: 265548 | 1,343.65 |
| 06/18/2014 | Conference Calling Services - SoundPath; 4/23/2014; Lindsey Yeargin | 3.16 |
| 06/18/2014 | Conference Calling Services - SoundPath; 4/23/2014; Lindsey Yeargin | 1.17 |

Subtotal Other Charges                                                    $3,197.78

**Total This Invoice**                                            **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 31, 2014
Client: 018360
Matter: 425220
Invoice #: 10683501
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
         LIP201223535



**REDACTED**

Other Charges                                          $3,197.78

**Invoice Total**                                      **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

<u>Wells Fargo Bank N.A.</u>, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     <u>WIRE ROUTING#:121000248</u>
Account #:  2000016952111     <u>Swift Code:  WFBIUS6S</u>
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 28, 2014
Client: 018360
Matter: 425220
Invoice #: 10689062
STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                          $11,993.03

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     WIRE ROUTING#:121000248
Account #:  2000016952111     Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



*ALSTON&BIRD*LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 28, 2014
Client: 018360
Matter: 425220
Invoice #: 10689062
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 15.50 |
| 07/01/2014 | MATT MCNEILL - 6/24 to 6/25/2014 Travel to New York for Deposition - 06/20/2014 to 06/25/2014 - Airfare,Car Rental,Gas,Parking,Room Rate,Tolls,Travel Agency Fee Bank ID: 10 Check Number: 8188354 | 1,262.38 |
| 07/11/2014 | AP - Local Counsel Fees - - 284 Partners LLC - Inv# UPS-01 06-14 dated 7/7/14; Local Counsel Fees for June 2014 Bank ID: 11 Check Number: 267392 | 3,365.00 |
| 07/30/2014 / | AP - Court Reporting - - Huseby Inc - Inv# 67883 dated 6/30/14; DVD Sync - Elizabeth Anakhasyan Bank ID: 11 Check Number: 268464 | 125.00 |
| 07/11/2014 | AP - Professional Services - - National Expert Witness Network Inc - Inv# 4758 dated 6/30/14; Legal Consultant Mr. Bob Stillerman on behalf of United Parcel Service, Inc. Bank ID: 11 Check Number: 267411 | 5,962.50 |
| 07/10/2014 | AP - Professional Services - - National Expert Witness Network Inc - Inv # 4757 dated 5/31/14; Legal Consultant Mr. Bob Stillerman on behalf of United Parcel Service Inc Bank ID: 11 Check Number: 267305 | 787.50 |
| 07/01/2014 | AP - Video Depositions - - Huseby Inc -Inv# 64977 dated 5/22/14; Video Sync-Michael Morenberg and Elizabeth Anahasyan. Bank ID: 11 Check Number: 266825 | 125.00 |
| 07/10/2014 | Thomson Reuters Accelus - 7/3; K. Noel | 331.95 |
| 07/14/2014 | Conference Calling Services - InterCall; 6/24; S. Abhyankar | 3.20 |
| 07/02/2014 | Parking Validation - 5/23/2014;Matt Young;Matt McNeill | 15.00 |

Subtotal Other Charges                                                          $11,993.03

**Total This Invoice**                                              **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 28, 2014
Client: 018360
Matter: 425220
Invoice #: 10689062
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                              $11,993.03

**Invoice Total**                                          **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

September 29, 2014
Client: 018360
Matter: 425220
Invoice #: 10694681
STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

Other Charges                         $156,985.65

**Invoice Total**              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 29, 2014
Client: 018360
Matter: 425220
Invoice #: 10694681
STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

# REDACTED

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 2.40 |
| 08/07/2014 | ROBERT LEE - Detroit 7/27-7/29/2014 Expert Witness Interview - 07/27/2014 - Meals: Other Bank ID: 10 Check Number: 8191045 | 67.13 |
| 08/12/2014 | SIRAJ ABHYANKAR - 2014-07-27/28 -- UPS/MTel -- Travel to Detroit re meeting with expert - 07/27/2014 to 07/29/2014 - Breakfast,Dinner,Entertainment,Lunch,Meals: Other Bank ID: 10 Check Number: 8191237 | 167.36 |
| 08/07/2014 | ROBERT LEE - Detroit 7/27-7/29/2014 Expert Witness Interview - 07/23/2014 to 07/29/2014 - Airfare,Parking,Room Rate,Room Tax,Taxi,Tips,Travel Agency Fee Bank ID: 10 Check Number: 8191045 | 1,971.62 |
| 08/12/2014 | SIRAJ ABHYANKAR - 2014-07-27/28 -- UPS/MTel -- Travel to Detroit re meeting with expert - 07/21/2014 to 07/29/2014 - Airfare,Miscellaneous,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8191237 | 2,432.50 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670002 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551824540003 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670003 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670004 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |



| | | |
|---|---|---|
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670005 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670006 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551830670007 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/19/2014 | AP - Secretary of State - - Secretary of State of Texas - Doc# 551824540002 dated 07/03/14; Client ID# 229246166 dated 07/31/14. Bank ID: 11 Check Number: 269491 | 1.00 |
| 08/22/2014 | AP - Local Counsel Fees - - 284 Partners LLC -Inv# UPS-01 07-14 dated 8/15/14; local counsel fees July 2014. Bank ID: 11 Check Number: 269736 | 128,358.66 |
| 08/06/2014 | AP - Professional Services - - National Expert Witness Network Inc - Inv # 4772 Legal Consultant: Mr. Bob Stillerman on behalf of United Parcel Service Inc Bank ID: 11 Check Number: 268918 | 23,962.50 |
| 08/31/2014 / | Conference Calling Services - SoundPath; 7/14/2014; Lindsey Yeargin | 2.81 |
| 08/08/2014 | Conference Calling Services - InterCall; 7/14; S. Abhyankar | 12.67 |

Subtotal Other Charges                                                     $156,985.65

**Total This Invoice**                                          **REDACTED**



ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 29, 2014
Client: 018360
Matter: 425220
Invoice #: 10694681
STEVEN ENSOR

### STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

REDACTED

Other Charges                                  $156,985.65

**Invoice Total**                              REDACTED

REDACTED

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227      **WIRE ROUTING#:121000248**
Account #:  2000016952111          **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

October 31, 2014
Client: 018360
Matter: 425220
Invoice #: 10701218
STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                              $34,253.44

**Invoice Total**                              **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

October 31, 2014
Client: 018360
Matter: 425220
Invoice #: 10701218
STEVEN ENSOR

---

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

---

## REDACTED

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 4,322.10 |
| 09/30/2014 | UPS Charges - TO:SIRAJ ABHYANKAR (GUE FR:Crystal Kelly | 99.28 |
| 09/30/2014 | UPS Charges - TO:SIRAJ ABHYANKAR (GUE FR:Crystal Kelly | 99.28 |
| 09/10/2014 | AP - Local Counsel Fees - - 284 Partners LLC -Inv# UPS-01 08-14 dated 9/5/14; Local counsel fees August 2014. Bank ID: 11 Check Number: 270705 | 23,250.00 |
| 09/19/2014 | AP - Court Reporting - - Huseby Inc - Inv# 68537 dated 07/11/14; copy of transcript of Elizabeth Anakhasyan. Bank ID: 11 Check Number: 271321 | 174.75 |
| 09/09/2014 | AP - Professional Services - - National Expert Witness Network Inc - Inv# 4784 dated 8/31/14; Legal Consultant Mr. Bob Stillerman on behalf of UPS. Bank ID: 11 Check Number: 270691 | 6,187.50 |
| 09/30/2014 | Conference Calling Services - SoundPath;08/14/2014; Matt McNeil | 1.35 |
| 09/30/2014 / | Document Binding Materials BOX REQ BY: MALOOF MASON | 42.00 |
| 09/29/2014 | Document Binding Materials REDWELDS REQ BY: MALOOF MASON | 30.50 |
| 09/29/2014 | Document Binding Materials BOX REQ BY: MALOOF MASON | 10.50 |
| 09/29/2014 | Document Binding Materials LABELS REQ BY: MALOOF MASON | 36.18 |

Subtotal Other Charges                                                                   $34,253.44

**Total This Invoice**                                                       **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS


*ALSTON&BIRD* LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

October 31, 2014
Client: 018360
Matter: 425220
Invoice #: 10701218
STEVEN ENSOR

### STATEMENT OF ACCOUNT

Re:  Mobile Telecommunications Technologies Patent Suit
     LIP201223535

**REDACTED**

Other Charges                                    $34,253.44

**Invoice Total**                          **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.



# INVOICE

| | |
|---|---|
| Invoice # | ATL14110104 |
| Invoice Date: | 11/17/2014 |
| Due Date: | 12/17/2014 |
| Terms: | Net 30 Days |
| Customer Code: | ATL-00ES |
| Natl ID: | 62056 |

Ricoh USA, Inc. - Atlanta, GA
Phone: (404) 879-2600    Fax: (404) 879-2625
Federal ID: 230334400

**BILL TO:**
**ALSTON & BIRD**
1201 W. Peachtree St
ATLANTA, GA 30319

**SHIP TO:**
**ALSTON & BIRD**
1201 W. Peachtree St
ATLANTA, GA 30319

Attn: CRYSTAL KELLY

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Mtel v. UPS | 01836/425220 | | Samantha Avers |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1411-0115 | 11/12/2014 | **CRYSTAL KELLY - ALSTON & BIRD** | | | | |
| 721 | | **CD - Master(s)** | 1.00 | 20.0000 | | 20.00 |
| *717 | | **OCR** | 4,410.00 | 0.0200 | | 88.20 |
| *713 | | **Image Capture D - Heavy** | 4,410.00 | 0.1100 | | 485.10 |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 20.00 |
| Sales Tax: | 1.60 |
| * Non-Taxable: | 573.30 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **594.90** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by:{Print}_____    {Signature}_____    Date:_____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**ALSTON & BIRD**
1201 W. Peachtree St
ATLANTA, GA 30319

| Amount Enclosed |
|---|
| $ |

**Invoice: ATL14110104**
Invoice Date: **11/17/2014**
Due Date: **12/17/2014**
Customer Code: **ATL-00ES**
natl id: **62056**

**Please Remit To:**
**Ricoh USA, Inc.**
Legal Document Services Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT $  594.90**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 26, 2014
Client: 018360
Matter: 425220
Invoice #: 10707442
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

## REDACTED

Other Charges                          $20,095.62

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     WIRE ROUTING#:121000248
Account #:  2000016952111     Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 26, 2014
Client: 018360
Matter: 425220
Invoice #: 10707442
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
         LIP201223535

## REDACTED

OTHER CHARGES:

| Date | Description | Amount |
|---|---|---|
| | Document Production Charges | 2,025.10 |
| | Document Production - Color Copies | 53.20 |
| 10/06/2014 | UPS Charges - TO:ROBERT LEE, GUEST FR:Crystal Kelly | 99.28 |
| 10/03/2014 | UPS Charges - TO:CRYSTAL KELLY FR: | 29.00 |
| 10/03/2014 | UPS Charges - TO:ROBERT LEE, GUEST FR:Crystal Kelly | 78.97 |
| 10/24/2014 | UPS Charges - TO:MICHAEL J. LASINSKI FR:Crystal Kelly | 58.52 |
| 10/09/2014 | UPS Charges - TO:CRYSTAL KELLY FR: | 78.97 |
| 10/09/2014 | UPS Charges - TO:CRYSTAL KELLY FR: | 13.05 |
| 10/03/2014 | UPS Charges - TO:CRYSTAL KELLY FR: | 7.49 |
| 10/31/2014 | Georgia Messenger Service JOB# 197 REQ BY-CRYSTAL KE TO-U.S.D.C. | 22.94 |
| 10/30/2014 | Georgia Messenger Service JOB# 177 REQ BY-CRYSTAL KE TO-U.S.D.C. | 22.94 |
| 10/31/2014 | ROBERT LEE - Lunch meal expenses 10/23/2014 - 10/23/2014 - Lunch Bank ID: 10 Check Number: 8196561 | 107.48 |
| 10/24/2014 | SIRAJ ABHYANKAR - 2014-10-06 UPS/MTEL -- Travel to Austin - 10/06/2014 to 10/08/2014 - Breakfast,Dinner,Entertainment,Lunch,Meals: Other Bank ID: 10 Check Number: 8195933 | 616.00 |
| 10/31/2014 / | ROBERT LEE - Dinner meal expenses 10/22/2014 - 10/22/2014 - Dinner Bank ID: 10 Check Number: 8196561 | 279.80 |
| 10/23/2014 | MATT MCNEILL - Expert deposition, Austin, TX 10/08/14 - 10/08/2014 to 10/09/2014 - Dinner,Lunch Bank ID: 10 Check Number: 8196023 | 38.84 |

November 26, 2014
Client: 018360
Matter: 425220

*ALSTON&BIRD* LLP

Page 3 of 4
Invoice #: 10707442

| Date | Description | Amount |
|------|-------------|-------:|
| 10/17/2014 | ROBERT LEE - Expert Deposition ATL-IAH-ATL 10/1/2014 - 10/01/2014 - Dinner,Meals: Other Bank ID: 10 Check Number: 8195563 | 157.40 |
| 10/16/2014 | SIRAJ ABHYANKAR - 2014-10-2 UPS / MTEL -- Travel to Houston - 10/01/2014 to 10/02/2014 - Breakfast,Dinner,Entertainment,Lunch,Meals: Other Bank ID: 10 Check Number: 8195505 | 206.44 |
| 10/17/2014 | ROBERT LEE - Expert Deposition ATL-AUS-ATL 10/6-10/9/2014 - 09/18/2014 to 10/08/2014 - Airfare,Parking,Room Rate,Room Tax,Taxi,Tips,Travel Agency Fee Bank ID: 10 Check Number: 8195563 | 1,533.90 |
| 10/17/2014 | ROBERT LEE - Expert Deposition ATL-IAH-ATL 10/1/2014 - 09/18/2014 to 10/02/2014 - Airfare,Internet Access Fee,Parking,Room Rate,Room Tax,Tips,Travel Agency Fee Bank ID: 10 Check Number: 8195563 | 1,043.90 |
| 10/24/2014 | SIRAJ ABHYANKAR - 2014-10-06 UPS/MTEL -- Travel to Austin - 09/18/2014 to 10/08/2014 - Airfare,Airfare: Other Charges,Internet Access Fee,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8195933 | 1,803.05 |
| 10/16/2014 | SIRAJ ABHYANKAR - 2014-10-2 UPS / MTEL -- Travel to Houston - 10/01/2014 to 10/02/2014 - Airfare,Room Rate,Room Tax,Taxi Bank ID: 10 Check Number: 8195505 | 1,173.10 |
| 10/23/2014 | MATT MCNEILL - Expert deposition, Austin, TX 10/08/14 - 10/03/2014 to 10/09/2014 - Airfare,Parking,Room Rate,Room Tax,Supplies,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8196023 | 1,381.61 |
| 10/24/2014 | AP - Court Reporting - - Huseby Inc - Inv# 78320 dated 10/21/14; Deposition Transcript: Harold V. Bims, Ph.D Bank ID: 11 Check Number: 273216 | 3,538.34 |
| 10/24/2014 | AP - Court Reporting - - Huseby Inc - Inv# 78345 dated 10/20/14; Deposition Transcript: James T. Geier Bank ID: 11 Check Number: 273216 | 3,845.80 |
| 10/24/2014 | AP - Video Depositions - - Huseby Inc - Inv# 77444 dated 10/7/14; Walter Bratic - Video Services Bank ID: 11 Check Number: 273216 | 650.00 |
| 10/24/2014 | AP - Video Depositions - - Huseby Inc - Inv# 78136 dated 10/15/14; James T. Geier - Video Services Bank ID: 11 Check Number: 273216 | 1,200.00 |
| 10/17/2014 | Document Binding Materials REDWELDS REQ BY: MALOOF MASON | 30.50 |

Subtotal Other Charges $20,095.62

**REDACTED**

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS


*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

November 26, 2014
Client: 018360
Matter: 425220
Invoice #: 10707442
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                          $20,095.62

**Invoice Total**                                      **REDACTED**

**REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227    WIRE ROUTING#:121000248
Account #: 2000016952111    Swift Code: WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 22, 2014
Client: 018360
Matter: 425220
Invoice #: 10713090
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                          $37,931.72

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 22, 2014
Client: 018360
Matter: 425220
Invoice #: 10713090
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

**REDACTED**

OTHER CHARGES:

|  |  |  |
|---|---|---:|
|  | Document Production Charges | 71.20 |
|  | Document Production - Color Copies | 0.40 |
| 11/07/2014 | Georgia Messenger Service JOB# 174 REQ BY-CRYSTAL KE TO-U.S.D.C. | 22.94 |
| 11/25/2014 | AP - Document Production Charges - - Ricoh USA Inc -Inv# ATL14110104 dated 11/17/14; CD-Master(s); OCR and Image Capture D-Heavy. Bank ID: 11 Check Number: 275048 | 594.90 |
| 11/14/2014 | AP - Local Counsel Fees - - 284 Partners LLC -Inv# UPS-01 10-14 dated 11/7/14; Local counsel fees through November 7th and travel expenses related to October 24th deposition. | 37,234.02 |
| 11/30/2014 / | Conference Calling Services - SoundPath; 10/22/2014; Matt McNeil | 1.26 |
| 11/11/2014 | Miscellaneous disbursement 4GB Flash Drive (Blue) (Qty 1) | 7.00 |

Subtotal Other Charges                                                    $37,931.72

**Total This Invoice**                                        **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



*ALSTON&BIRD*LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 22, 2014
Client: 018360
Matter: 425220
Invoice #: 10713090
STEVEN ENSOR

### STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                                    $37,931.72

**Invoice Total**                          **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

January 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10719001
STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
         LIP201223535

### REDACTED

Other Charges                                    $2,395.00

**Invoice Total**                                **REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227     **WIRE ROUTING#:121000248**
Account #: 2000016952111     **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS


*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10719001
STEVEN ENSOR

---

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

---

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---:|
| | Binding Charges | 34.95 |
| | Document Production Charges | 505.60 |
| 12/22/2014 / | Georgia Messenger Service JOB# 280 REQ BY-CRYSTAL KE TO-FINNEGAN HENDERSON | 19.73 |
| 12/19/2014 | Georgia Messenger Service JOB# 263 REQ BY-CRYSTAL KE TO-FINNEGAN HENDERSON | 42.68 |
| 12/19/2014 | Georgia Messenger Service JOB# 233 REQ BY-CRYSTAL KE TO-U.S.D.C. | 15.59 |
| 12/11/2014 | AP - Professional Services - - Huseby Inc -Inv# 84253 dated 11/26/14; DVD Sync-Robert Stillment Video Sync. Bank ID: 11 Check Number: 275871 | 375.00 |
| 12/18/2014 | AP - Video Depositions - - Huseby Inc -Inv# 77842 dated 10/13/14. Bank ID: 11 Check Number: 276408 | 1,366.00 |
| 12/19/2014 | Document Binding Materials REDWELDS REQ BY: KELLY CRYSTAL | 30.50 |
| 12/19/2014 | Document Binding Materials TABS REQ BY: KELLY CRYSTAL | 4.95 |

Subtotal Other Charges                                                    $2,395.00

---

**Total This Invoice**                                          **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS


*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

January 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10719001
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

**REDACTED**

Other Charges                                    $2,395.00

**Invoice Total**                                **REDACTED**

REMITTANCE COPY

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

February 27, 2015
Client: 018360
Matter: 425220
Invoice #: 10723890
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

### REDACTED

Other Charges                              $26,649.08

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    WIRE ROUTING#:121000248
Account #:  2000016952111    Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 27, 2015
Client: 018360
Matter: 425220
Invoice #: 10723890
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

<h1 style="text-align:center">REDACTED</h1>

OTHER CHARGES:

| | | |
|---|---|---:|
| 01/30/2015 / | Georgia Messenger Service JOB# 88 REQ BY-CRYSTAL KE TO-ALSTON & BIRD | 13.71 |
| 01/22/2015 | Georgia Messenger Service JOB# 243 REQ BY-CRYSTAL KE TO-FINNEGAN HENDERSON | 15.59 |
| 01/22/2015 | AP - Expert Witness Fees - - National Expert Witness Network Inc - Inv# 4862 dated 12/31/14; Expert witness fees Mr. Bob Stillerman on behalf of UPS. Bank ID: 11 Check Number: 277998 | 1,575.00 |
| 01/08/2015 | AP - Depositions - - Huseby Inc -Inv# 84623 dated 12/8/14; One Copy of Transcript of Robert Stillerman. Bank ID: 11 Check Number: 277302 | 952.60 |
| 01/15/2015 | ROBERT LEE - ATL-TUL 1/4-1/9/2015 - 01/04/2015 - Gas Bank ID: 10 Check Number: 8201435 | 12.67 |
| 01/05/2015 | AP - Professional Services - - National Expert Witness Network Inc - Inv# 4833 dated 11/30/14; Legal Consultant: Mt Bob Stillerman on behalf of UPS, Inc. Bank ID: 11 Check Number: 277122 | 24,079.51 |

Subtotal Other Charges                                                      $26,649.08

<strong>REDACTED</strong>

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 27, 2015
Client: 018360
Matter: 425220
Invoice #: 10723890
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

**REDACTED**

Other Charges                           $26,649.08

**Invoice Total**                       **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227   **WIRE ROUTING#:121000248**
Account #:  2000016952111   **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

April 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10736310
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

**REDACTED**

Other Charges                          $1,165.10

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10736310
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| 03/10/2015 / | AP - Depositions - - Huseby Inc -Inv# 80135 dated 11/3/14; Transcript of Michael J. Lasinski. Bank ID: 11 Check Number: 280293 | 1,165.10 |

Subtotal Other Charges                                                       $1,165.10

**REDACTED**

**Total This Invoice**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10736310
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                    $1,165.10

**Invoice Total**                                          **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 29, 2015
Client: 018360
Matter: 425220
Invoice #: 10741850
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                          $548.51

**REDACTED**

**Invoice Total**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 29, 2015
Client: 018360
Matter: 425220
Invoice #: 10741850
STEVEN ENSOR

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

---

**REDACTED**

---

OTHER CHARGES:

| Date | Description | Amount |
|---|---|---|
| 03/10/2015 | UPS Charges - To: Lindsey Yeargin  From: Document Center, Inc. | 50.26 |
| 04/23/2015 | AP - Professional Services - - Document Center Inc - Inv# 341889 dated 03/10/15; RTA. Bank ID: 11 Check Number: 283096 | 494.00 |
| 04/30/2015 / | Conference Calling Services - SoundPath; 03/20/2015; Matt McNeil | 4.25 |

Subtotal Other Charges                                      $548.51

**Total This Invoice**                              **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

**P. O. Box 933124**
**Atlanta, GA 31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

May 29, 2015
Client: 018360
Matter: 425220
Invoice #: 10741850
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re: Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                           $548.51

**Invoice Total**                    **REDACTED**

**REDACTED**

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227    **WIRE ROUTING#:121000248**
Account #: 2000016952111    **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10748298
STEVEN ENSOR

### INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                $201.39

**Invoice Total**                            **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

June 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10748298
STEVEN ENSOR

Re:   Mobile Telecommunications Technologies Patent Suit
LIP201223535

## REDACTED

OTHER CHARGES:

| | | |
|---|---|---|
| 05/11/2015 / / | LINDSEY YEARGIN - Prior Art Research Materials - 02/27/2015 - Supplies Bank ID: 10 Check Number: 8209735 | 33.46 |
| | Binding Charges | 6.99 |
| | Document Production Charges | 64.20 |
| | Document Production - Color Copies | 86.80 |
| 05/01/2015 | UPS Charges - TO:MICHAEL R. BUTLER, E FR:Robert L. Lee, Esq. | 0.45 |
| 05/01/2015 | UPS Charges - TO:MICHAEL R. BUTLER, E FR:Robert L. Lee, Esq. | 9.49 |

Subtotal Other Charges                                                            $201.39

**Total This Invoice**                                                        **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

June 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10748298
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535



REDACTED

Other Charges                                    $201.39

**Invoice Total**                    REDACTED              REDACTED

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    WIRE ROUTING#:121000248
Account #:  2000016952111    Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10753690
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                          $31,357.44

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

July 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10753690
STEVEN ENSOR

---

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

**REDACTED**

OTHER CHARGES:

| | | |
|---|---|---|
| 06/18/2015 / | AP - Professional Services - - Finnegan Henderson Farabow - Inv# 1528269 dated 06/09/15; professional services (UPS 50%). Bank ID: 11 Check Number: 286425 | 272.84 |
| 06/18/2015 | AP - Professional Services - - Finnegan Henderson Farabow - Inv# 1524959 dated 05/20/15; professional services (UPS 50%). Bank ID: 11 Check Number: 286425 | 31,083.52 |
| 06/03/2015 | Conference Calling Services - SoundPath; 04/16/2015; Matt McNeil | 1.08 |

Subtotal Other Charges                                                          $31,357.44

**Total This Invoice**                                                  **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS


*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

July 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10753690
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
          LIP201223535

**REDACTED**

Other Charges                                              $31,357.44

**Invoice Total**                                              **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 31, 2015
Client: 018360
Matter: 425220
Invoice #: 10760750
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                    $24.70

**Invoice Total**                                **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 31, 2015
Client: 018360
Matter: 425220
Invoice #: 10760750
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

## REDACTED

OTHER CHARGES:

| | |
|---|---|
| Document Production Charges | 24.70 |
| Subtotal Other Charges | $24.70 |

**Total This Invoice** **REDACTED**

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**


*ALSTON&BIRD* LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
**www.alston.com**

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

**P. O. Box 933124**
**Atlanta, GA  31193-3124**

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 31, 2015
Client: 018360
Matter: 425220
Invoice #: 10760750
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                      $24.70

**Invoice Total**                        **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BEIJING
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10767152
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

**REDACTED**

Other Charges                                              $23.09

**Invoice Total**                                   **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     WIRE ROUTING#:121000248
Account #:  2000016952111     Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BEIJING
BRUSSELS



ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

September 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10767152
STEVEN ENSOR

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

## REDACTED

OTHER CHARGES:

|  |  |  |
|---|---|---|
|  | Document Production Charges | 7.50 |
| 08/05/2015 / | Georgia Messenger Service JOB# 239 REQ BY-CRYSTAL KE TO-U.S.D.C. | 15.59 |

Subtotal Other Charges                                          $23.09

**Total This Invoice**

## REDACTED

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BEIJING
BRUSSELS


_ALSTON&BIRD_ LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

September 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10767152
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:  Mobile Telecommunications Technologies Patent Suit
LIP201223535

**REDACTED**

Other Charges                               $23.09

**Invoice Total**                         **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BEIJING**
**BRUSSELS**



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10773330
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

# REDACTED

Other Charges                              $25,087.03

**Invoice Total**                          **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     WIRE ROUTING#:121000248
Account #:  2000016952111     Swift Code:  WFBIUS6S
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BEIJING
BRUSSELS



*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10773330
STEVEN ENSOR

---

Re:   Mobile Telecommunications Technologies Patent Suit
      LIP201223535

---

## REDACTED

OTHER CHARGES:

|  |  |  |
|---|---|---|
| | Document Production Charges | 8.40 |
| 09/10/2015 / | AP - Local Counsel Fees - - Finnegan Henderson Farabow - Inv # 1538606 dated 8/17/15; Pro Rata share Special Masters fees through 7/31/15 Bank ID: 11 Check Number: 290788 | 25,078.63 |

Subtotal Other Charges                                    $25,087.03

**Total This Invoice**                                **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BEIJING
BRUSSELS


*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 30, 2015
Client: 018360
Matter: 425220
Invoice #: 10773330
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Mobile Telecommunications Technologies Patent Suit
       LIP201223535

**REDACTED**

Other Charges                                    $25,087.03

**Invoice Total**                        **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227      **WIRE ROUTING#:121000248**
Account #:  2000016952111      **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON, DC**
**BEIJING**
**BRUSSELS**



**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**Tax ID # 58-0137615**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10785585
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Mobile Telecommunications Technologies Patent Suit
        LIP201223535

---

# REDACTED

Other Charges                          $8,241.15

**Invoice Total**                      **REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS



ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10785585
STEVEN ENSOR

---

Re:  Mobile Telecommunications Technologies Patent Suit
     LIP201223535

---

<b>REDACTED</b>

OTHER CHARGES:

| | | |
|---|---|---|
| 11/03/2015 / | AP - Professional Services - - Finnegan Henderson Farabow -Inv# 1544365 dated 9/24/15; Special Master fees. Bank ID: 11 Check Number: 293579 | 8,241.15 |

Subtotal Other Charges                                      $8,241.15

**Total This Invoice**                                    **REDACTED**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON, DC
BEIJING
BRUSSELS



*ALSTON&BIRD* LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 28, 2015
Client: 018360
Matter: 425220
Invoice #: 10785585
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:  Mobile Telecommunications Technologies Patent Suit
      LIP201223535

**REDACTED**

Other Charges                                      $8,241.15

**Invoice Total**                                  **REDACTED**

**REDACTED**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Remittance information can be e-mailed to ar@alston.com

Services or other charges, which either have not been received or processed, will appear on a later statement.